214 So.2d 547

**ADVANCE, INC.**

**v.**

**HARRIS–SMITH CORPORATION et al.**

**No. 49410.**

Oct. 11, 1968.

In re: The Fidelity & Casualty Company of New York applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 211 So.2d 343.

Writ refused. The result is correct.

SANDERS, SUMMERS, and BARHAM, JJ., are of the opinion that a writ should be granted.

214 So.2d 547

**CATTLE FARMS, INC., et al.**

**v.**

**James S. ABERCROMBIE et al.**

**No. 49409.**

Oct. 11, 1968.

In re: Cattle Farms, Inc., et al. applying for certiorari, or writ of review, to

the Court of Appeal, Fourth Circuit, Parish of Plaquemines.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.